TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAMANTHA A. GALING, an individual;<br><br>                Plaintiff,<br><br>        vs.<br><br>NEVADA STATE EDUCATION ASSOCIATION a Domestic Non-Profit Coop Corporation; EDUCATION SUPPORT EMPLOYEES ASSOCIATION a Domestic Non-Profit Coop Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive;<br><br>                Defendants. | CASE NO: 2:16-cv-00993-APG-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE THE EARLY NEUTRAL EVALUATION SESSION**<br>**(First Request)** |

COMES NOW, Plaintiff SAMANTHA A. GALING (hereinafter "Plaintiff"), and Defendants NEVADA STATE EDUCATION ASSOCIATION and EDUCATION SUPPORT EMPLOYEES ASSOCIATION (hereinafter "Defendants"), by and through their attorneys of record, hereby timely stipulate and agree to vacate the date for the Early Neutral Evaluation (ENE) Session presently scheduled for Monday, December 12, 2016 at 9:00 a.m., before Honorable George Foley, Jr., (ECF No. 19).  The parties request that the ENE Session be rescheduled to a date convenient for the Court and mutually agreeable between the parties.  As such, the parties are available and, upon advice of the Court's Clerk as to available dates, propose the following dates for the Court's consideration to reschedule the ENE session:

- January 23, 2017; January 27, 2017

1

The parties further request that the briefing schedule be amended accordingly.

The scheduling change is necessary due to scheduling conflicts with Plaintiff's counsel's calendar. Plaintiff's counsel already has an Early Neutral Evaluation (ENE) Session presently scheduled for December 12, 2016, at 10:00 a.m. in another matter. In addition, Plaintiff's counsel is scheduled to begin a three to four day trial on December 12, 2016, in the Eighth Judicial District Court, Clark County, Nevada, Jon Hemmer v. Laurie Barger, Case No. A-15-725989-C.

Pursuant to LR IA 6-1 this is the first request for said extension. This extension is sought in good faith, and not for the purpose of undue delay.

| | |
|---|---|
| Dated: November 16, 2016 | Dated: November 16, 2016 |
| HATFIELD & ASSOCIATES, LTD. | DYER, LAWRENCE, FLAHERTY, DONALDSON & PRUNTY |
| /s/ *Trevor J. Hatfield* | /s/ *Francis C. Flaherty* |
| By:_____ | By:_____ |
| Trevor J. Hatfield, Esq. | Francis C. Flaherty, Esq. |
| Nevada Bar No. 7373 | Nevada Bar. No. 5303 |
| 703 S. Eighth St. | Casey A. Gillham, Esq. |
| Las Vegas, NV 89101 | Nevada Bar No. 11971 |
| (702) 388-4469 Tel. | 2805 Mountain Street |
| (702) 386-9825 Fax | Carson City, NV 89703 |
| Email: thatfield@hatfieldlawassociates.com | (775) 885-1896 Tel. |
| *Attorneys for Plaintiff* | (775) 885-8728 Fax |
| | Email:  fflaherty@dyerlawrence.com |
| | Email: cgillham@dyerlawrence.com |
| | *Attorneys for Defendants* |

**IT IS SO ORDERED.**

Dated this  17  day of   November        , 2016.

_____
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

I certify that on the 16th day of November, 2016, I electronically filed the foregoing **STIPULATION AND ORDER TO CONTINUE THE EARLY NEUTRAL EVALUATION SESSION** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this 16th day of November, 2016.

By: */s/ Freda P. Brazier*
An Employee of Hatfield & Associates, Ltd.